FILED

2021 Jun-03  PM 04:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**Northern District of Alabama**
**Office of the Clerk**
**Hugo L. Black United States Courthouse**
**Room 140, 1729 5th Avenue North**
**Birmingham, Alabama 35203**
**(205) 278-1700**

Mr. Dave Smith, Clerk
U.S. Court of Appeals, 11th Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303.

U.S.D.C. No: 2:20-cv-770-GMB
U.S.C.A. No. New Appeal
IN RE:   Ascent Hospitality Management Co LLC v. Employers Inc Co, et al

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this transmittal.

☒　　　Certified copy of Notice of Appeal, Docket Entries and Judgment/Order and Opinion appealed from enclosed.

☐　　　Certified record, supplemental record on appeal consisting of: Click here to enter text. volume(s) of pleadings, etc.;
Click here to enter text.volume(s) of transcripts;

☒　　　First Notice of Appeal? Yes   Dates of other Notices:

☐　　　The following materials **SEALED** in this court (order enclosed) consisting of: Click here to enter text.

☐　　　Original papers (court file) and certified copy of docket entries per USCA request.

☐　　　There was no hearing from which a transcript could be made.

☐　　　Copy of CJA Form 20 or District Court order appointing counsel.

☒　　　The appellant docket fee has been paid. No Date Paid:

☐　　　The appellant has leave to appeal in forma pauperis and　　　request for certificate of appealability (order enclosed).

☒　　　The Judge/Magistrate Judge appealed from is: Gray M. Borden

☐　　　The Court Reporter is:　205-252-6565.

☐　　　This is a **BANKRUPTCY APPEAL**.   Please send notice of final order and/or opinion to: Scott W. Ford, Acting Clerk, U.S. Bankruptcy Court, 1800 5th Avenue North, Birmingham, Alabama 35203.

☐　　　This is a **DEATH PENALTY** appeal.

☐　　　Appellant having failed to cure procedural defects re: appeal fee, the appeal is due to be DISMISSED.

☐　　　Other:

xc:  Counsel　　　　　　　　Sharon Harris, Clerk

By:　K. Miller_____
Deputy Clerk